ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 23 2011
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

EDWARD B. MCDONALD
Special Assistant U.S. Attorney
PJKK Federal Bldg, Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Edward.mcdonald@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,  )<br>      vs.  )<br>WILLIAM D. BAILEY,  )<br>            Defendant.  ) | CR. NO. CR11-00791<br>INFORMATION<br>40 U.S.C. 1315(c);<br>32 C.F.R. 634.25(f),<br>H.R.S. § 431:10C-104<br>Citation No.: 1483075/H-14<br>A & P Date: SEP 2 7 2011 |

INFORMATION

The United States Attorney charges that:

On or about July 11, 2011, on Tripler Army Medical Center, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, WILLIAM D. BAILEY, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway without valid insurance.

All in violation of Hawaii Revised Statutes, Section 431:10C-104, Title 40, United States Code, Section 1315(c), and Title 32, Code of Federal Regulations, Section 634.25(f).

DATED: _____ AUG 2 3 2011 _____, Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii


By *Edward B. McDonald*
EDWARD B. MCDONALD
Special Assistant U.S. Attorney


Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. WILLIAM D. BAILEY
CR. No.
Citation No.: 1483075/H-14
"INFORMATION"